IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CORINE E. WORTHY, *

Plaintiff, *

v. Case No. 5:25-CV-424 (CAR)

*

TROY MEINK, SECRETARY OF THE
UNITED STATES AIR FORCE, *

Defendant. *

---

**J U D G M E N T**

Pursuant to this Court's Order dated August 25, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 27th day of August, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk